United States Bankruptcy Court

Central District of California

| In re: | Case No. 23-11933-SY |
|---|---|
| Tiffani Zelaya | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: odspb | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tiffani Zelaya, 5041 Violas Ct, Jurupa Valley, CA 91752-5000 |
| aty | + | Harris L Cohen, 5305 Andasol Ave, Encino, CA 91316-2504 |
| 41547600 | + | BRC Commercial Bridge Fund, LLC and Bellaire Comme, 1617 S. Pacific Coast Hwy, Ste. C, Redondo Beach, CA 90277-5612 |
| 41529496 | | BRC Loans, 1617 S Pacific Coast Hwy Ste C, Redondo Beach, CA 90277-5612 |
| 41529499 | | Riverside County Tax Collector, 4080 Lemon St, Riverside, CA 92501-3609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | May 27 2023 05:24:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | May 27 2023 05:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41529495 | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:38:53 | American Express, Po Box 981535, El Paso, TX 79998-1535 |
| 41529497 | EDI: JPMORGANCHASE | May 27 2023 05:24:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 41546412 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:49:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41529498 | EDI: NFCU.COM | May 27 2023 05:24:00 | Navy Federal Credit Union, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41538555 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: May 26, 2023 | Form ID: odspb | Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Tiffani Zelaya bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Harris L Cohen | on behalf of Attorney Harris L Cohen hcohen00@aol.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Form odspb−odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Tiffani Zelaya

**BANKRUPTCY NO.** 6:23−bk−11933−SY

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−0314
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 5/26/23

**Address:**
5041 Violas Ct
Jurupa Valley, CA 91752−5000

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: May 26, 2023

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**16 / AUTU**